UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-23882-CIV-LENARD/LOUIS

**JOHN SALERNO**,

    Plaintiff,

v.

**TOPDOC CLINICS MIAMI, LLC**,

    Defendant.

_____/

### OMNIBUS ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND GRANTING MOTION FOR ENTRY OF FINAL DEFAULT JUDGMENT

**THIS CAUSE** is before the Court on the Report and Recommendations of Magistrate Judge Lauren F. Louis, ("Report," D.E. 17), issued on April 30, 2024. Therein, Judge Louis recommends that the Court grant Plaintiff John Salerno's Motion for Entry of Final Default Judgment, ("Motion," D.E. 10) filed on February 19, 2024. The Report further recommends that final default judgment be entered in Plaintiff's favor and that Plaintiff be awarded "a total damages amount of $231,492.00 (comprised of $224,970.00 in damages, $6,065.00 in attorney's fees, and $457.00 in costs)." (R. & R. at 16.) The Report provides the Parties with fourteen (14) days to file objections. As of the date of this Order, no objections have been filed. Failure to file objections shall bar parties from attacking on appeal the factual findings contained in the report. *See Resolution Trust Corp. v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Accordingly, after an independent review of the Report and record, it is **ORDERED AND ADJUDGED** that:

1. The Report of the Magistrate Judge (D.E. 17) is **ADOPTED**;

2. Plaintiff's Motion for Entry of Final Default Judgment (D.E. 10) is **GRANTED**;

3. The Clerk shall **CLOSE** this case; and

4. Final default judgment will issue by separate order.

**DONE AND ORDERED** in Chambers at Miami, Florida this 20th day of May, 2024.

**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**